

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

United States of America,

        Plaintiff,

    v.

Marcos Guerrero,
Elijah Gafare,
Cinthia Leal, and
Vincent Solarez,

        Defendants.

Case No. 5:24-CR-00163-JGB

**VERDICT FORM**

## **MARCOS GUERRERO**

## **COUNT ONE**

## **Conspiracy to Interfere with Commerce by Robbery**

1. We, the jury in the above-captioned case, unanimously find defendant

   MARCOS GUERRERO:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 2.)*



_(8)_

1/22/25
‾‾‾‾‾‾‾‾‾‾‾
DATED

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
FOREPERSON

# ELIJAH GAFARE

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

2. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____        NOT GUILTY

 ✓        GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 3.)*

(8).

_**1/22/25**_
DATED

_____
FOREPERSON

# CINTHIA LEAL

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

3. We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 4.)*



(8)

_1/22/25_
DATED

_____
FOREPERSON

4

## VINCENT SOLAREZ

## COUNT ONE

## Conspiracy to Interfere with Commerce by Robbery

4. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____      NOT GUILTY

__✓__      GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 5.)*



_____      _____
1/22/25                                    ▓▓▓▓▓▓▓▓ (8) .
DATED                                      FOREPERSON

5

## **MARCOS GUERRERO**

## **COUNT TWO**

## **Interference with Commerce by Robbery**

5.  We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 6.)*



1/22/25
DATED

FOREPERSON

# ELIJAH GAFARE

## COUNT TWO

### Interference with Commerce by Robbery

6. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

\_\_\_\_\_    NOT GUILTY

    ✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 7.)*

(8)

1/22/25
DATED

FOREPERSON

7

# CINTHIA LEAL

## COUNT TWO

## Interference with Commerce by Robbery

7.  We, the jury in the above-captioned case, unanimously find defendant

   CINTHIA LEAL:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 8.)*

�â–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆâ–ˆ *(8)*

_____    ▢█████████████
1/22/25
DATED    FOREPERSON

# VINCENT SOLAREZ

## COUNT TWO

### Interference with Commerce by Robbery

8.  We, the jury in the above-captioned case, unanimously find defendant

    VINCENT SOLAREZ:

        \_\_\_\_\_      NOT GUILTY

        ✓      GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 9.)*



(8)

1/22/25
———————
DATED

———————
FOREPERSON

9

## MARCOS GUERRERO

## COUNT THREE

### Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

9.  We, the jury in the above-captioned case, unanimously find defendant MARCOS GUERRERO:

    _____     NOT GUILTY

    ✓     GUILTY

as charged in Count Three of the First Superseding Indictment.

***(If your response to Question 9 is Guilty, you must also answer Question 10.  If your response to Question 9 is Not Guilty, do not answer Question 10.)***

10.  Having found defendant MARCOS GUERRERO guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

    ✓     Used

    ✓     Carried

    ✓     Brandished                        ██████████████ ( 8 )

                                            ██████████████

\_\_\_1/22/25\_\_\_\_\_                          _____
DATED                                        FOREPERSON

*(Proceed to Question 11.)*

**10**

## ELIJAH GAFARE

## COUNT THREE

## Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

11. We, the jury in the above-captioned case, unanimously find defendant ELIJAH GAFARE:

\_\_\_\_\_ NOT GUILTY

✓ GUILTY

as charged in Count Three of the First Superseding Indictment.

***(If your response to Question 11 is Guilty, you must also answer Question 12. If your response to Question 11 is Not Guilty, do not answer Question 12.)***

12. Having found defendant ELIJAH GAFARE guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

✓ Used

✓ Carried

✓ Brandished

████████████ *(8)*

DATED 1/22/25

████████████
FOREPERSON

*(Proceed to Question 13.)*

11

## CINTHIA LEAL

## COUNT THREE

### Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

13. We, the jury in the above-captioned case, unanimously find defendant CINTHIA LEAL:

_____  NOT GUILTY

___✓___  GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 13 is Guilty, you must also answer Question 14.  If your response to Question 13 is Not Guilty, do not answer Question 14.)*

14. Having found defendant CINTHIA LEAL guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

___✓___  Used

___✓___  Carried

___✓___  Brandished

___1/22/25___
DATED

( 8 )

████████████████████
████████████████
FOREPERSON

*(Proceed to Question 15.)*

12

## **MARCOS GUERRERO**

## **COUNT FOUR**

## **Carjacking**

15.  We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 16.)*



_1/22/25_
DATED    FOREPERSON

# ELIJAH GAFARE

## COUNT FOUR

### Carjacking

16. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 17.)*



_____1/22/25_____
DATED

_____FOREPERSON

14

## CINTHIA LEAL

## COUNT FOUR

## Carjacking

17.  We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 18.)*



1/22/25
————————————
DATED

————————————
FOREPERSON

*(8)*

15

## VINCENT SOLAREZ

## COUNT FOUR

### Carjacking

18. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____     NOT GUILTY

___✓___     GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 19.)*



1/22/25
DATED

FOREPERSON

16

## MARCOS GUERRERO

## COUNT FIVE

## Witness Tampering

19. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 20.)*



1/22/25
DATED

(8)

FOREPERSON

# ELIJAH GAFARE

## COUNT FIVE

## Witness Tampering

20. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 21.)*



1/22/25
DATED    FOREPERSON

18

# CINTHIA LEAL

## COUNT FIVE

## Witness Tampering

21. We, the jury in the above-captioned case, unanimously find defendant

   CINTHIA LEAL:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 22.)*



1/22/25
_____
DATED

(8)
_____
FOREPERSON

19

## MARCOS GUERRERO

## COUNT SIX

### Felon in Possession of a Firearm and Ammunition

22. We, the jury in the above-captioned case, unanimously find defendant

   MARCOS GUERRERO:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count Six of the First Superseding Indictment.



_1/22/25_
DATED

FOREPERSON

20